ACCEPTED
03-12-00474-CR
4890537
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 8:01:53 PM
JEFFREY D. KYLE
CLERK

NO. 03-12-474-CR

| | | |
|---|---|---|
| CHRISTINA LYONS | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| | | FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 8:01:53 PM |
| VS. | * | OF THE THIRD |
| | * | SUPREME JUDICIAL |
| | * | DISTRICT OF TEXAS |
| | | JEFFREY D. KYLE
Clerk |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN  TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 8:01:53 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE
## MOTION FOR REHEARING AND RECONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, CHRISTINA LYONS, Appellant, and files this Motion for an

Extension in which to file a Motion for Rehearing and Reconsideration.  In support

of this motion, appellant shows the Court the following:

### I.

The Appellant was convicted in the District Court of Hays County, Texas of

the offense of Capital Murder. The Appellant was assessed life without the possibility

of parole

### II.

The deadline for filing the Motion for rehearing and reconsideration is April,

2015  and Appellant has requested **one** previous extensions.

### III.

Attorney for the Appellant would further show the Court that he has been diligent in preparing a motion for rehearing in this case. Counsel has reviewed the Court's opinion and is drafting Appellant's response, but will be unable to file said response by the deadline due to a his trial and appellate docket. Counsel has had several trial dockets in the last thirty days in multiple counties that required extensive work up. In addition, Counsel is arguing in the Court of Criminal Appeals on a death case on April 15 and that required more preparation than anticipated, and counsel was unable to finish the motion.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing a Motion for Rehearing and Reconsideration to May 15, 2015.

Respectfully Submitted,

ARIEL PAYAN
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)


  /s/ Ariel Payan      
ARIEL PAYAN
State Bar No. 00794430
Arielpayan@hotmail.com


CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Motion for Rehearing and Reconsideration has been delivered to the Criminal District Attorney of said County Texas, on April 14, 2015.